# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT B. LATKO,<br><br>    Plaintiff,<br><br>v.<br><br>DIVERSIFIED CONSULTANTS, INC.,<br><br>    Defendant. | Case No.: 3:18-cv-00673-H-MDD<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[Doc. No. 10.] |

On July 18, 2018, the parties filed a joint motion to dismiss this case with prejudice. (Doc. No. 16.) The Court grants the motion and dismisses this case with prejudice. Each party shall bear their own attorneys' fees and costs of suit.

**IT IS SO ORDERED.**

DATED: July 19, 2018

_/s/ Marilyn L. Huff_
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT